**Nos. 24-1751 and 24-1805**

# In the
# United States Court of Appeals
# for the Federal Circuit

---

APPLIED PREDICTIVE TECHNOLOGIES, INC.,

*Plaintiff-Appellant,*

v.

MARKETDIAL, INC., JOHN M. STODDARD, aka Johnny Stoddard, MORGAN DAVIS

*Defendants-Cross-Appellants.*

---

On Appeal from the United States District Court for the District of Utah in No. 2:19-cv-00796-JNP

---

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. APP. P. 42(b)**

---

FOLEY & LARDNER LLP

David Goroff
321 North Clark Street, Suite 2800
Chicago, Illinois 60654-4762
Phone: 312.832.4500
dgoroff@foley.com

Pavan K. Agarwal
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC 20007-5101
Phone: 202.672.5300
pagarwal@foley.com

SPENCER FANE, LLP

Keith A. Call
Rodney R. Parker
Andrew L. Roth
10 Exchange Place, Suite 1100
Salt Lake City, UT 84111
Phone: 801.521.9000
keithcall@spencerfane.com
rrparker@spencerfane.com
aroth@spencerfane.com

*Attorneys for Cross-Appellants MarketDial, Inc., John M. Stoddard, and Morgan Davis*

DENTONS US LLP

Kirk R. Ruthenberg
Nicholas H. Jackson
East Tower
1900 K Street, N.W.
Washington, DC 20006
Phone: 202.408.6410
kirk.ruthenberg@dentons.com

Spencer D. Hamilton
100 Crescent Court, Suite 900
Dallas, TX 75201
Phone: 214.259.0900
spencer.hamilton@dentons.com

*Attorneys for Plaintiff-Appellant Applied Predictive Technologies, Inc.*

September 26, 2024

Pursuant to Fed. R. App. P. 42(b), Plaintiff-Appellant Applied Predictive Technologies, Inc. ("Appellant") and Defendants-Cross-Appellants MarketDial, Inc., John M. Stoddard, and Morgan Davis ("Cross-Appellants") agree to dismiss Case No. 24-1805, the cross-appeal filed by Cross-Appellants, with prejudice.

The parties further agree that the remaining briefing and deadlines associated with the cross-appeal, which are currently contemplated by the Court's Order on June 11, 2024 (ECF 20), are no longer necessary and that Appellant's reply brief, due on November 4, 2024, will be the final brief filed in this appeal and will be limited to 7,000 words consistent with Fed. Cir. R. 32(b)(1).

Each party will bear its own costs and fees with respect to Case No. 24-1805. The parties agree only to dismiss Case No. 24-1805 and do not seek to dismiss Case No. 24-1751, the lead appeal in this matter.

Cross-Appellants consent to the filing of this paper by Appellant, and Cross-Appellants' counsel consents to the insertion of their signature below.

Dated: September 26, 2024

By:
/s/ David B. Goroff
David B. Goroff

*Counsel for Plaintiff-Appellant Applied Predictive Technologies, Inc.*

/s/ Keith A. Call
Keith A. Call

*Counsel for Cross-Appellants MarketDial, Inc., John M. Stoddard, and Morgan Davis*

4872-1890-8135.1