

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

November 27, 2024

2024-1751 - Applied Predictive Technologies, Inc. v. MarketDial, Inc.

## NOTICE OF NON-COMPLIANCE

The document (Corrected Appendix, Corrected Confidential Appendix) submitted by Applied Predictive Technologies, Inc., Morgan Davis, John M. Stoddard, and MarketDial, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The cover does not contain the nature of proceedings and/or the name of the originating court, agency, board, or commission. Fed. R. App. P. 32(b) (appendix).

  *Clerk's note: The originating case number on the cover is incorrect.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk