No. 24-1751

# In the
# United States Court of Appeals
## for the Federal Circuit

———•———

APPLIED PREDICTIVE TECHNOLOGIES, INC.,

*Plaintiff-Appellant,*

v.

MARKETDIAL, INC., JOHN M. STODDARD,

aka Johnny Stoddard, MORGAN DAVIS,

*Defendants-Appellees.*

_____
On Appeal from the United States District Court for the
District of Utah in No. 2:19-cv-00496-JNP
Honorable Jill N. Parrish, Judge Presiding.

## APPELLANT'S NOTICE OF CORRECTION

**FOLEY & LARDNER LLP**
DAVID B. GOROFF
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
(312) 832-4500
dgoroff@foley.com

PAVAN K. AGARWAL
ERIC SOPHIR
Washington Harbour
3000 K Street N.W., Suite 600
Washington, DC 20007-5101
(202) 672-5300
pagarwal@foley.com
esophir@foley.com

**DENTONS US LLP**
KIRK R. RUTHENBERG
NICHOLAS H. JACKSON
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
kirk.ruthenberg@dentons.com
nicholas.jackson@dentons.com

SPENCER HAMILTON
100 Crescent Court
Suite 900
Dallas, TX 75201
(214) 259-0900
spencer.hamilton@dentons.com

*Attorneys for Plaintiff-Appellant, Applied Predictive Technologies, Inc.*



COUNSEL PRESS · (866) 703-9373          PRINTED ON RECYCLED PAPER

FORM 9. Certificate of Interest                                                                                                  Form 9 (p. 1)
                                                                                                                                                                    March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-1751, 2024-1805

**Short Case Caption** Applied Predictive Technologies, Inc. v. MarketDial, Inc.

**Filing Party/Entity** Applied Predictive Technologies, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/13/2024                      Signature: /s/ Kirk R. Ruthenberg

                                                          Name: Kirk R. Ruthenberg

FORM 9. Certificate of Interest                                              Form 9 (p. 2)
                                                                              March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Applied Predictive Technologies, Inc. |  | APT Software Holdings, Inc. |
|  |  | Mastercard International Incorporated |
|  |  | Mastercard Incorporated |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　Form 9 (p. 3)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable　　　☑ Additional pages attached

| David W. Tufts, Dentons US LLP | Eric L. Sophir, Foley & Lardner | Kerisha Bowen, Dentons US LLP |
|---|---|---|
| Mary Kate Brennan, Dentons US LLP | Megan M. Carroll, Dentons US LLP | Adam Richards, Ray Quinney & Nebeker PC |
| Ashley M. Gregson, Dentons Durham Jones & Pinegar PC | Blake L. Osborn, Dentons US LLP | Elissa C. Jeffers, Dentons US LLP |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)　　☐ No　　☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable　　　☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

| **4. Legal Representatives (cont.).** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities ||||
|---|---|---|
| Jennifer D. Bennett, Dentons US LLP | Katherine McMorrow, Dentons US LLP | Patrick Doll, Dentons US LLP |
| Samuel C. Straight, Ray Quinney & Nebeker PC | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# NOTICE OF CORRECTION

The Confidential and Non-Confidential Brief of Appellant, Applied Predictive Technologies, Inc. ("APT"), was filed on July 19, 2024. After filing, counsel for APT realized that the covers of the briefs contain a minor error, misstating the case number in the district court below. The error is not substantive, and the correction is shown in the table below:

| Prior to Correction: | After Correction: |
|---|---|
| cover: "2:19-cv-00796-JNP." | "2:19-cv-00496-JNP." |

That correction is incorporated into the Corrected Confidential Brief of Appellant and Corrected Non-Confidential Brief of Appellant filed herewith.

Dated: December 4, 2024

Respectfully submitted,

/s/ *David B. Goroff*
David B. Goroff
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654-4762
(312) 832-4500
dgoroff@foley.com

*Attorney for Plaintiff-Appellant*
*Applied Predictive*
*Technologies, Inc.*