NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLIED PREDICTIVE TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

v.

**MARKETDIAL, INC., JOHN M. STODDARD, aka Johnny Stoddard, MORGAN DAVIS,**
*Defendants-Appellees*

---

2024-1751

---

Appeal from the United States District Court for the District of Utah in No. 2:19-cv-00496-JNP, Judge Jill N. Parrish.

---

**ON MOTION**

---

Before WALLACH, *Circuit Judge*.

**O R D E R**

Appellees MarketDial, Inc., John M. Stoddard, and Morgan Davis move for summary affirmance "without argument and without opinion." ECF No. 74 at 17. Applied Predictive Technologies, Inc. opposes the motion.

The court deems it the better course to deny the motion and for the appeal to be decided in the usual course on the merits briefs, which have now all been submitted.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is denied. The case is ready to be assigned to the merits panel, and any further filings shall be transmitted to that panel.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

April 16, 2025
Date

Jarrett B. Perlow
Clerk of Court