NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLIED PREDICTIVE TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

v.

**MARKETDIAL, INC., JOHN M. STODDARD, AKA JOHNNY STODDARD, MORGAN DAVIS,**
*Defendants-Appellees*

2024-1751

Appeal from the United States District Court for the District of Utah in No. 2:19-cv-00496-JNP, Judge Jill N. Parrish.

**ON MOTION**

PER CURIAM.

**O R D E R**

Applied Predictive Technologies, Inc. (APT) moved for partial *in camera* oral argument. Morgan Davis, MarketDial, Inc. and John M. Stoddard responded in opposition and APT replied.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

December 12, 2025
Date

Jarrett B. Perlow
Clerk of Court